# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA CHUBOFF, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-01336 |
| v. | ) |
| | ) Judge Hon. Jeffrey I. Cummings |
| 1805 INC., | ) |
| a domestic corporation, | ) Mag. Judge Hon. Jeffrey Cole |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joshua Chuboff hereby gives notice that this action is voluntarily dismissed, **with prejudice**. Defendant has not filed an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, **with prejudice**.

Dated this 15th day of May, 2024.

    Respectfully submitted,

    /s/ Jordan Greenberg
    Jordan Greenberg, Esq.
    Law Office of Jordan Greenberg
    Attorney for Plaintiff
    P.O. Box 5093
    Vernon Hills, IL 60061
    (847) 826-7825; ARDC #6317423
    jordangreenberglaw@gmail.com